UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WESLEY JEFFERSON                                                    PETITIONER
ADC #104933

V.                          NO. 5:17CV00263-JM-JTR

STATE OF ARKANSAS                                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 21st day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE